IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT
OF GEORGIA VALDOSTA DIVISION

| | | |
|---|---|---|
| ELBERT HURST and ALICE HURST, | : | |
| Plaintiffs, | : | CASE NO: 7:24-CV-00055-WLS |
| v. | : | |
| BOSTON PLACE PROPERTY, LLC and JOHN/JANE DOE, Administrator or Executor of The Estate of Johnny Nolan, | : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiffs and Defendants, by and through their respective undersigned counsel, hereby jointly stipulate to the dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties jointly stipulate and agree that this action shall be dismissed in its entirety, with prejudice.

This 3rd day of November, 2026.

**THE KING LAW FIRM**
1603 N. U.S. Hwy 41
Tifton, GA 31793
Telephone: (229) 386-1376
Facsimile: (229) 386-1377
Email: jl@kingtriallaw.com
ben@kingtriallaw.com

***/s/J.L. King, II***
J. L. King, II
Georgia State Bar No.: 142285
Ben Hancock
Georgia State Bar No.: 834097
*Attorneys for Plaintiffs*

**GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, L.L.P.**
950 East Paces Ferry Road, N.E.
Suite 1700 – Salesforce Tower Atlanta
Atlanta, Georgia 30326
Telephone: (404) 870-1021
Facsimile: (404) 870-1030
Email: mmoffet@grsmb.com
drhodes@grsmb.com
jlustenberger@grsmb.com

***/s/ David C. Rhodes***
David C. Rhodes
Georgia State Bar No.: 340295
Matthew G. Moffett
Georgia State Bar No.: 515323Joshua
R. Lustenberger
Georgia State Bar No.: 627641
*Attorneys for Defendant Boston Place Property, LLC*

SO ORDERED this 4th day of November, 2026.

W. Louis Sands

W. Louis Sands, Sr. Judge
United States District Court