**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **ELBERT HURST and ALICE HURST,**<br><br>**Plaintiffs,**<br>**v.**<br><br>**BOSTON PLACE PROPERTY, LLC, and**<br>**JOHN/JANE DOE**, Administrator or Executor of the Estate of Johnny Nolan<br><br>**Defendants.** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **CASE NO: 7:24-cv-55–WLS** |

**<u>ORDER</u>**

The Plaintiffs and Defendant Boston Place Property, LLC, having stipulated to the dismissal of this action, the Court finds that the Motion for Partial Summary Judgment (Doc. 27) filed by Boston Place Property is moot.

Accordingly, Defendant Bost Place Property, LLC's Motion for Partial Summary Judgment (Doc. 27) is **DENIED AS MOOT, WITHOUT PREJUDICE**.

**SO ORDERED**, this 5th day of November 2026.

**/s/W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**