**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **ELBERT HURST and ALICE HURST,** | : | |
| **Plaintiffs,** | : | |
| v. | : | **CASE NO: 7:24-cv-55–WLS** |
| **BOSTON PLACE PROPERTY, LLC, and JOHN/JANE DOE**, Administrator or Executor of the Estate of Johnny Nolan | : | |
| **Defendants.** | : | |

## ORDER

By Order (Doc. 33) entered November 5, 2025, Plaintiffs were ordered to show cause why the Complaint should not be dismissed as to Defendant John/Jane Doe, Administrator or Executor of the Estate of Johnny Nolan ("Nolan Estate"), for failure to serve such Defendant. Plaintiffs' Response to Order to Show Cause (Doc. 34) was timely filed on November 11, 2026, explaining that the Stipulation of Dismissal with Prejudice (Docs. 30) was intended to encompass all Defendants in this case, including the Nolan Estate. The Court accepts this explanation.

Accordingly, the Clerk is **DIRECTED** to enter judgment in this case consistent with the Court's Order (Doc. 31) granting the Stipulation of Dismissal with Prejudice, and to thereafter close the case.

**SO ORDERED**, this 16th day of November 2026.

**/s/W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**