IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| ELBURT HURST AND ALICE HURST, | * | |
| Plaintiffs, | * | |
| v. | | Case No. 7:24-cv-55 (WLS) |
| | * | |
| BOSTON PLACE LLC, et al, | | |
| | * | |
| Defendants. | | |
| | * | |

**JUDGMENT**

Pursuant to this Court's Order dated November 4, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 16th day of November, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk